UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| EMMANUEL JEAN-FRANCOIS, ALICIA JOHNSON, and WANDA KING, individually and on behalf of all others similarly situated;<br><br>Plaintiff(s),<br>v.<br><br>SMITHFIELD FOODS, INC., SMITHFIELD PACKAGED MEATS CORP., SMITHFIELD FRESH MEATS CORP., and SMITHFIELD DISTRIBUTION, LLC,<br><br>Defendants. | CIVIL ACTION NO.: 7:22-cv-00063<br><br><br><br><br><br>NOTICE OF APPEARANCE |

The undersigned counsel, Philip J. Gibbons, Jr., of the law firm Gibbons Law Group, PLLC, hereby enters his Notice of Appearance in this case on behalf of Plaintiffs Emmanuel Jean-Francois, Alicia Johnson, and Wanda King.

Respectfully submitted,

/s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr., NCSB #50276
**GIBBONS LAW GROUP, PLLC**
14045 Ballantyne Corporate Place, Ste 325
Charlotte, North Carolina 28277
Telephone: (704) 612-0038
E-Mail: phil@gibbonslg.com

*Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

This is to certify that on April 19, 2022, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants.

/s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr., NCSB #50276

*Attorney for Plaintiff(s)*