UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:22-CV-00063-D

| | |
|---|---|
| EMMANUEL JEAN-FRANCOIS, ALICIA JOHNSON, and WANDA KING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHFIELD FOODS, INC., SMITHFIELD PACKAGED MEATS CORP., SMITHFIELD FRESH MEATS CORP., and SMITHFIELD DISTRIBUTION, LLC,<br><br>Defendants. | ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS |

Before the Court is Parties' Joint Motion to Stay Proceedings Pending Settlement Discussions. The Court, having considered the Motion, is of the opinion the Motion should be, and hereby is, GRANTED. Proceedings in this civil action are stayed and deadlines are suspended up to and including September 15, 2022.

SO ORDERED. This _i_ day of July, 2022.

JAMES C. DEVER III
United States District Judge