IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| EMMANUEL JEAN-FRANCOIS, ALICIA JOHNSON, and WANDA KING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHFIELD FOODS, INC., SMITHFIELD PACKAGED MEATS CORP., SMITHFIELD FRESH MEATS CORP., and SMITHFIELD DISTRIBUTION, LLC,<br><br>Defendants. | Case No. 7:22-cv-00063 |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Emmanuel Jean-Francois, Alicia Johnson, and Wanda King (together "Plaintiffs"), by and through counsel and Defendants Smithfield Foods, Inc., Smithfield Fresh Meats Corp. and Smithfield Packaged Meats Corp. and Smithfield Distribution, LLC (together "Defendants"), by counsel, hereby notify the Court that the Parties have agreed to settle this matter. The Parties are in the process of finalizing the terms of the Settlement Agreement and plan to file a motion seeking court approval of the settlement because this case involves claims under the Fair Labor Standards Act ('FLSA"). The Parties respectfully request that the Court not close this case until the Parties have sought settlement approval, which the Parties intend to file within 45 days.

Dated: February 2, 2024                                   Respectfully submitted,

| /s/*Corey M. Stanton* | /s/*Joshua R. Adams* |
|---|---|
| GIBBONS LAW GROUP, PLLC | Joshua R. Adams (NC Bar No. 49038) |
| | JACKSON LEWIS P.C. |
| Corey M. Stanton (NC Bar No. 56255) | 200 South College Street, Suite 1550 |
| Philip J. Gibbons, Jr. (NC Bar No. 50276) | Charlotte, NC 28202 |
| | Telephone: (980) 465-7239 |
| | Facsimile: (704) 333-7764 |
| 14045 Ballantyne Corporate Place, Suite 325 | Email: Joshua.Adams@jacksonlewis.com |
| Charlotte, NC 28277 | |
| Telephone: 704-612-0038 | D. Christopher Lauderdale (SC Fed. No. 9051) |
| Facsimile: 704-612-0038 | Thomas Chase Samples (SC Fed. 10824) |
| Email: corey@gibbonslg.com | 15 South Main Street, Suite 700 |
|       phil@gibbonslg.com | Greenville, South Carolina 29601 |
| | Telephone: 864-232-7000 |
| | Facsimile: 864-235-1381 |
| | Email: lauderdc@jacksonlewis.com |
| |       chase.samples@jacksonlewis.com |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| EMMANUEL JEAN-FRANCOIS, ALICIA JOHNSON, and WANDA KING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHFIELD FOODS, INC., SMITHFIELD PACKAGED MEATS CORP., SMITHFIELD FRESH MEATS CORP., and SMITHFIELD DISTRIBUTION, LLC,<br><br>Defendants. | Case No. 7:22-cv-00063 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2024, the above document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ *Joshua R. Adams*
Joshua R. Adams

4862-1326-0194, v. 1