UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:22-CV-00063-D

EMMANUEL JEAN-FRANCOIS, ALICIA )
JOHNSON, and WANDA KING, on behalf )
of themselves and all others similarly )
situated, )
)
         Plaintiffs, )
)
    v. )
)
SMITHFIELD FOODS, INC., )
SMITHFIELD PACKAGED MEATS )
CORP., SMITHFIELD FRESH MEATS )
CORP., and SMITHFIELD )
DISTRIBUTION, LLC, )
)
         Defendants. )
)

### JOINT MOTION FOR SEVEN-DAY EXTENSION OF TIME TO FILE MOTION FOR APPROVAL OF FLSA SETTLEMENT

Plaintiffs Emmanual Jean-Francois, Alicia Johnson, and Wanda King (collectively "Plaintiffs") and Defendants Smithfield Foods, Inc., Smithfield Packaged Meats Corp., Smithfield Fresh Meats Corp., and Smithfield Distribution, LLC (collectively "Defendants") by and through undersigned counsel, respectfully move the Court for a seven (7) day extension of time, to and including Monday, March 18, 2024, to file a Motion to Approve an FLSA settlement. In support of this Motion, the Plaintiffs show:

1. On or about February 2, 2024, the Parties filed a Joint Notice of Settlement alerting the Court that the Parties reached a settlement and intended to file a motion for approval of the FLSA settlement within 45 days.

2. Forty-five (45) days from February 2, 2024 was March 18, 2024.

3. In good faith, Counsel for Plaintiffs and Counsel for Defendants have been in contact with one another since filing the Notice of Settlement, but unfortunately, have not yet been able to complete the necessary documentation for the Court's review and approval.

4. The Parties anticipate no further delays and expect to have the necessary documentation for the Courts review no later than Monday March 25, 2024.

5. The Parties' Joint Motion for a seven (7) day extension is in good faith and not for the purposes of delay.

WHEREFORE, for the above and foregoing reasons, the Parties respectfully move this Court for a seven (7) day extension of time, to and including Monday March 25, 2024, to file a Motion for Court Approval, Memorandum in Support, Executed Settlement Agreement, and Proposed Order.

Dated: March 20, 2024

Respectfully submitted,

/s/ Corey M. Stanton
Corey M. Stanton, NCSB #56255
**GIBBONS LAW GROUP, PLLC**
14045 Ballantyne Corporate Pl., Ste. 325
Charlotte, North Carolina
Telephone: (704) 612-0038
Email: corey@gibbonslg.com

*Attorney for Plaintiffs*

/s/ Joshua R. Adams
Joshua R. Adams, NCSB # 49038
**JACKSON LEWIS, P.C.**
200 S. College Street, Suite 1550
Charlotte, NC 28202
Telephone: (980) 465-7245
Email: joshua.adams@jacksonlewis.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that on March 20, 2024, a copy of the foregoing has been filed with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

/s/ Corey M. Stanton
Corey M. Stanton, NCSB #56255