UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:22-CV-00063-D

| | |
|---|---|
| EMMANUEL JEAN-FRANCOIS, ALICIA JOHNSON, and WANDA KING, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>SMITHFIELD FOODS, INC., SMITHFIELD PACKAGED MEATS CORP., SMITHFIELD FRESH MEATS CORP., and SMITHFIELD DISTRIBUTION, LLC,<br><br>   Defendants. | **ORDER GRANTING JOINT MOTION FOR SEVEN-DAY EXTENSION OF TIME TO FILE MOTION FOR COURT APPROVAL OF FLSA SETTLEMENT** |

This matter comes before the Court by way of the Parties' "Joint Motion for Seven-Day Extension of Time to File Motion for Court Approval of FLSA Settlement," filed March 20, 2024. (ECF No. 51.) This motion has been referred to the undersigned and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Parties' "Joint Motion for Seven-Day Extension of Time to File Motion for Court Approval," (ECF No. 51) is **GRANTED**. The new deadline to file a Motion for Court Approval of FLSA Settlement is Monday March 25, 2024.

SO ORDERED. This the 22 day of March, 2024.

                       JAMES C. DEVER III
                       United States District Judge