UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:22-CV-00063-D

EMMANUEL JEAN-FRANCOIS, ALICIA )
JOHNSON, and WANDA KING, on behalf )
of themselves and all others similarly )
situated, )
)
        Plaintiffs, )
)
v. )    **ORDER GRANTING**
)    **CONSENT MOTION FOR APPROVAL**
SMITHFIELD FOODS, INC., )    **OF SETTLEMENT OF FLSA ACTION**
SMITHFIELD PACKAGED MEATS )
CORP., SMITHFIELD FRESH MEATS )
CORP., and SMITHFIELD )
DISTRIBUTION, LLC, )
)
        Defendants. )
)

UPON CONSIDERATION of the Plaintiffs' Consent Motion for Approval of Settlement of FLSA Action ("Motion"), the Motion is GRANTED as follows:

(1) the Court finds that the Parties' proposed Settlement constitutes a fair and reasonable compromise of disputed claims under the Fair Labor Standards Act arising from a *bona fide* dispute;

(2) the Parties' proposed Settlement is approved, including the payment to Plaintiffs, the release of claims, and payment of attorneys' fees as set forth therein; and

(3) the action is dismissed ***with*** prejudice.

SO ORDERED. This the **27** day of March, 2024.

                              JAMES C. DEVER III
                              United States District Judge